ARTHUR E. REHNBERG v. MINNESOTA HOMES, INC., AND ANOTHER.[1]

August 31, 1951.

No. 35,605.

*Alfred R. Sundberg,* for appellant.
*D. D. Daly,* for respondent.

PER CURIAM.

The motion of the respondent, Minnesota Homes, Inc., to dismiss the plaintiff's appeal is denied, on the ground that the order cancelling a notice of *lis pendens* is appealable under the provisions of M. S. A. 605.09 (2).

[1]Reported in 49 N. W. (2d) 196.